**FILED**

JUN 12 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Organizational Defendants) |
| DIAMOND ENVIRONMENTAL SERVICES, LP. (1) | CASE NUMBER: 17CR1305-BEN |

JASON T. CONFORTI
Defendant Organization's Attorney

☐

**THE DEFENDANT ORGANIZATION:**
☒ pleaded guilty to count(s) **2 OF THE INFORMATION.**

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 18 USC 1341 | MAIL FRAUD | 2 |

The defendant organization is sentenced as provided in pages 2 through __8__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.

☒ Assessment: $400.00 FORTHWITH.

☐ Fine ordered waived     ☒ Forfeiture pursuant to order filed **JUNE 7, 2018**, included herein.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

MAY 23, 2018
Date of Imposition of Sentence

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

17CR1305-BEN

DEFENDANT ORGANIZATION: DIAMOND ENVIRONMENTAL SERVICES, LP. (1)
CASE NUMBER: 17CR1305-BEN

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:

FIVE (5) YEARS.

## MANDATORY CONDITION

[x] The defendant organization shall not commit another federal, state or local crime.

[x] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

[x] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT ORGANIZATION: DIAMOND ENVIRONMENTAL SERVICES, LP. (1)
CASE NUMBER: 17CR1305-BEN

## SPECIAL CONDITIONS OF SUPERVISION

Pursuant to 18 U.S.C. § 3563(a)(1), any sentence of probation shall include the condition that the organization not commit another federal, state, or local crime during the term of probation.

The organization shall notify the court or probation officer immediately upon learning of (A) any material adverse change in its business or financial condition or prospects, or (B) the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against the organization, or any investigation or formal inquiry by governmental authorities regarding the organization.

The organization shall submit to : (A) a reasonable number of regular or unannounced examinations of its books and records at appropriate business premises by the probation officer or experts engaged by the court; and (B) interrogation of knowledgeable individuals within the organization. Compensation to and costs of any experts engaged by the court shall be paid by the organization.

Point-of-Contact for the organization is Arie Eric De Jong, III. Notice of any change of Point-of-Contact must be given to U.S. Probation within 10 days of the change.

DEFENDANT: DIAMOND ENVIRONMENTAL SERVICES, LP. (1)
CASE NUMBER: 17CR1305-BEN

# FINE

The defendant shall pay a fine in the amount of _____$2,640,000.00_____ unto the United States of America.

This sum shall be paid  __X__ immediately.
                       ____ as follows:

The Court has determined that the defendant __does__ have the ability to pay interest. It is ordered that:

__X__ The interest requirement is waived.

____ The interest is modified as follows:

DEFENDANT: DIAMOND ENVIRONMENTAL SERVICES, LP. (1)
CASE NUMBER: 17CR1305-BEN

# RESTITUTION

The defendant shall pay restitution in the amount of __$2,254,593.27__ unto the United States of America.

JOINTLY AND SEVERALLY WITH ALL OTHER DEFENDANTS.

This sum shall be paid ___ immediately.
             __x__ as follows:

| | |
|---|---|
| Encina Wastewater Authority<br>Attn: Accounting Department<br>6200 Avenida Encinas<br>Carlsbad, California 92011 | $637,102.32 |
| City of San Diego<br>Metropolitan Industrial Wastewater Control Program<br>9192 Topaz Way<br>San Diego, California 92123-1119 | $979,490.95 |
| Orange County Sanitation District<br>10844 Ellis Avenue<br>Fountain Valley, California 92708 | $330,000 |
| Eastern Municipal Water District<br>2270 Trumble Road<br>Perris, California 92570 | $176,000 |
| Los Angeles County Sanitation District<br>1955 Workman Mill Road<br>Whittier, California 90607-4998 | $132,000 |

The Court has determined that the defendant __does__ have the ability to pay interest. It is ordered that:

__x__  The interest requirement is waived.

___   The interest is modified as follows:


FILED
JUN - 7 2018
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17cr1305-BEN |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| DIAMOND ENVIRONMENTAL SERVICES, LP, | |
| Defendant. | |

WHEREAS, in the Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in certain property of Defendant DIAMOND ENVIRONMENTAL SERVICES, LP ("Defendant"), pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §2461(c), as charged in the Information; and

WHEREAS, on or about June 1, 2017, Defendant pled guilty before Magistrate Judge Jan M. Adler to the one-count Information, which plea included consent to the forfeiture allegation of the Information, and an agreement to forfeit to the United States an amount between $1,392,111 and $4,171,752 as proceeds Defendant received from the offense; and

WHEREAS, on July 10, 2017, this Court accepted the guilty plea of Defendant; and

//

2. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the forfeiture; and

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture is made final as to the Defendant at the time of sentencing, which occurred on May 23, 2018, and is part of the sentence and included in the judgment; and

4. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $2.2 million to satisfy the forfeiture in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the forfeiture.

DATED: 9/6/2018

Hon. Roger T. Benitez
United States District Judge